## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDMUND BENDER,                                     :
                  Plaintiff,                 :
                                   :

           v.                                    :     Civil No. 5:24-cv-05750-JMG
                                   :

HAIER US APPLIANCE SOLUTIONS, INC.   :
d/b/a                                             :
GE APPLIANCES, *et al.*,                           :
                  Defendants.                :

### ORDER

**AND NOW**, this 27th day of March, 2026, upon consideration of the Motion for Summary Judgment of Defendant GE Appliances (ECF No. 28), Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 37), and the Reply Brief in Support of Defendant's Motion for Summary Judgment (ECF No. 42), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 28) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Motion (ECF No. 28) is **GRANTED** as to the breach of warranty claims and **DENIED** as to the negligence and strict liability claims, which shall proceed to trial.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] As explained in the accompanying Memorandum Opinion, Plaintiff's strict liability claim proceeds only on a design defect theory. Plaintiff offered no argument in support of the asserted manufacturing defect or failure to warn theories, and those claims are therefore deemed withdrawn.